UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLORTYME, INC., a Texas
corporation,

                Petitioner,

vs.                                            Case No.: 8:08-CV-77-T-27MAP

PP&G CONSULTING, INC.; et al.,

                Respondents.
_____/

## ORDER

**BEFORE THE COURT** is Petitioner's Motion for Default Judgment (Dkt. 27). Plaintiff has established that Respondents were served with the complaint by publication, but failed to file a response. (Dkt. 20). Default has been entered by the Clerk. (Dkts. 23, 24, 25).

Pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure, the court may enter a default judgment against a party against whom default has been entered. The decision whether to enter default judgment is within the discretion of the court. *DIRECTV v. Huynh*, 318 F. Supp. 2d 1122, 1126-27 (M.D. Ala. 2004) (*citing Adolph Coors Co. v. Movement Against Racism and the Klan*, 777 F.2d 1538, 1542 (11th Cir. 1985)). By their default, Respondents are deemed to have admitted the well-pleaded averments in the Complaint, except those as to the amount of damages. Fed. R. Civ. P. 8(d); *Klapprott v. U.S.*, 335 U.S. 601, 624 (1949). A court may enter a default judgment awarding damages without a hearing if the amount of damages is liquidated, is capable of mathematical calculation or is demonstrated by detailed affidavits. *Adolph Coors Co.*, 777 F.2d at 1543. A hearing is not required for a court to enter default judgment, especially when the default judgment is based on the failure of a party to make an appearance. *Solaroll Shade and Shutter Corp. v. Bio-Energy Sys., Inc.*, 803 F.2d 1130, 1134 (11th Cir. 1986).

Accordingly, it is

**ORDERED AND ADJUDGED** that

1) Petitioner's Motion for Default Judgment (Dkt. 27) is **GRANTED**.

2) Default judgment is entered in favor of Petitioner against Respondents, PP&G Consulting, Inc., Richard Pollara, and John Peters, in the amount of $407,095.57, as set forth in the arbitration award, plus $2,063.12 in costs, for which let execution issue. The Clerk is directed to enter judgment accordingly.

3) All pending motions are **DENIED** as moot.

4) The Clerk is directed to close this case.

**DONE AND ORDERED** in chambers this 18th day of July, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record